J. J. LITTLE & IVES COMPANY, Appellant, v. ACCEPTANCE CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of HENRI PELANNE, as Executor, etc., of ELYSIO CARDOSO, Deceased.— Decree, so far as appealed from, affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [133 Misc. 244.]

HARVAN COAL COMPANY, INCORPORATED, Respondent, v. ISAAC ALTMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JAMES M. HOYT and Others, Respondents, v. PHILIP H. SEAMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HENRY PERELSON, Appellant, v. THE STUYVESANT INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MOSES H. STRAUS, Appellant, v. JACOB SINGER, Executor, etc., of JACOB FRANK, Deceased, Respondent.— Judgment and order reversed, with costs, and motion for judgment denied, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM KAPLOWITZ, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DOUGLAS V. ESKELL, INC., Respondent, v. CANDEE, SMITH & HOWLAND CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

UNITY FEE CO., INC., Landlord, Respondent, v. WILLIAM SCHENENGA and ELLEN COWAN, Tenants, Appellants.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB HOFFER, Appellant.— Judgment reversed and information dismissed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

EDMUND C. WENDT, Appellant, v. PARKWOOD HOLDING CORPORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LEE A. SMITH and Others, Appellants, v. REGINALD FRANCIS, Respondent, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.